# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEVIN DUKES

VERSUS

CAPITAL TRUCK SERVICE, LLC,
STATE NATIONAL INSURANCE
COMPANY, INC., AND MARCUS D.
HENDERSON

NO.  2021 CW 0971

**NOVEMBER 1, 2021**

---

In Re:    Kevin Dukes, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 682959.

---

**BEFORE:  GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

    **WRIT DENIED IN PART, GRANTED IN PART WITH ORDER.** The
district court's July 8, 2021 judgment which granted defendants,
Capitol Trucking Company, LLC and Clear Blue Insurance
Company's, Motion to Compel the Additional Medical Examination
of Plaintiff by a Psychiatrist or Psychologist of Defendants'
Choice was within its wide discretion to decide pre-trial and
discovery matters, and the writ is denied as to that ruling.
However, the district court's judgment failed to comply with La.
Code Civ. P. art. 1464 as the judgment does not specify the
time, place, manner, conditions, and scope of the examination
and the person(s) by whom it is to be made. This matter is
remanded to the district court with an order to comply with La.
Code Civ. P. art. 1464.

**JMG**

**GH**

    **Chutz, J.,** dissents. Defendants have failed to establish
good cause to require plaintiff, Kevin Dukes, to submit to an
additional medical opinion. Accordingly, I would reverse the
district court's July 8, 2021 judgment and deny defendants'
Motion to Compel the Additional Medical Examination of Plaintiff
by a Psychiatrist or Psychologist of Defendants' Choice.

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_

DEPUTY CLERK OF COURT
FOR THE COURT